# Video of Incident