*Detroit Police Department*                                                      OCA: **2508100353**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *ACTIVE*                    **Case Mng Status:** *ACTIVE*                    **Occurred:** *08/10/2025*

   **Offense:** *AGGRAVATED / FELONIOUS ASSAULT*

**Investigator:** *NEWSON, JEREMY*    *(241852)*              **Date / Time:** *08/11/2025 00:16:45, Monday*

**Supervisor:** *LEAVY, JORDAN A*    *(240208)*          **Supervisor Review Date / Time:** *08/12/2025 20:39:40, Tuesday*

   **Contact:**                                          **Reference:** *Assisting Officer`s Report*

PO JEREMY NEWSON #2321
PO WILLIE DUNCAN #2576
PO RICKY HAYES #415
GANG INTEL CREW 4206, MARKED VEHICLE 205093, POLICE UNIFORM

On 08/10/2025, around 10:40 p.m., my partners and I were working on the Block Party/Drag Race Detail. We were dispatched to the area of W 7 Mile Rd/Greenfield to clear approximately 300+ pedestrians blocking sidewalks and street traffic. While clearing the pedestrian traffic, I saw a fight break out involving officers and multiple civilians at the corner of W 7 Mile Rd/Montrose. My partners and I immediately ran to the intersection to assist the primary officers.

As I approached the incident, I observed multiple officers on the ground attempting to detain Rimmon Dwight Oneil Sr., B/M, DOB: 01/30/1971, who was resisting them. At that moment, I also saw Tonia Larae Oneil, B/F, DOB: ███████, lying on the ground next to Mr. Oneil, blocking and pushing officers away as they tried to detain him. I was then advised by officers that Mr. Oneil was armed with a firearm as he was resisting. Ms. Oneil continued to interfere with the police, kicking and pushing officers as they tried to safely disarm Mr. Oneil and take him into custody. I pulled Ms. Oneil away from the officers to allow them to detain him and secure the weapon. As I did, she got up and pushed past me, attempting to interfere and get between the officers. At that moment, I was partially blinded by pepper spray that was deployed into the crowd. I pushed Ms. Oneil back when she tried to push past me again to interfere with the officers. I then placed Ms. Oneil in handcuffs while she was on the ground.

After the location was secure, Medic 22 and Medic 3 assessed our location and gave Ms. Oneil medical assistance for any injuries that she had. Ms. Oneil was cleared by the medics and was released on scene. I also issued Ms. Oneil Ticket# P1755534 for Interfering with Police.

_____                          _____
Investigator Signature                                    Supervisor Signature