**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

TONIA O'NEIL,
an individual,
          Plaintiff,

V.

CITY OF DETROIT,
a municipal corporation,

JEREMY NEWSON,
City of Detroit Police Officer,
Individually, and in his Official
Capacities,

JOHN DOE OFFICER,
City of Detroit Police Officer,
Individually, and in his Official
Capacities,

          Defendants.

Case No. 2:26-cv-12351
Hon. Robert J. White

**PLAINTIFF'S EX PARTE MOTION**
**FOR LEAVE TO FILE EXHIBIT**
**USING THE MEDIA FILE UPLOAD**

---

**PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO FILE EXHIBIT**
**USING THE MEDIA FILE UPLOAD**

Plaintiff, Tonia O'Neil, pursuant to the Court's Electronic Filing Policies and

Procedures, moves ex parte for leave to file Exhibit 1 through the electronic portal

"Media File Upload" in CM/ECF, and states as follows:

1

LOCAL RULE CERTIFICATION: I, Ivan L. Land, certify that this document complies with Local Rule 5.1(a), including: double-spaced (except for quoted materials and footnotes); at least one-inch margins on the top, sides, and bottom; consecutive page numbering; and type size of all text and footnotes that is no smaller than 10-1/2 characters per inch (for non-proportional fonts) or 14 point (for proportional fonts). I also certify that it is the appropriate length. Local Rule 7.1(d)(3).

1. This Motion is being filed ex parte. Accordingly, concurrence was not sought as no attorney for any Defendant has appeared in this matter.

2. Exhibit 1 is a video recording of the incident that occurred on August 10, 2025 at 15716 W. Seven Mile Road, Detroit, Michigan 48235.

3. The recording captures the events giving rise to this action, including the encounter between civilians and Detroit Police Officers, the officers' use of force against Plaintiff, Plaintiff's detention, and the surrounding circumstances before, during, and after the incident.

4. The video is referenced in Plaintiff's Complaint as Exhibit 1. ECF No. 1, PageID.4. It provides contemporaneous evidence concerning Plaintiff's allegations that she and her husband were knocked to the ground, that Defendant Jeremy Newson pulled Plaintiff across the concrete pavement and shoved her into a parked vehicle, that Defendant John Doe Officer pepper

sprayed Plaintiff, and that Plaintiff was thereafter forced to the ground and handcuffed.

5.      The recording is directly relevant because it shows the incident, the officers' actions and conduct, and whether the police account of Plaintiff's conduct is accurate.

6.      Plaintiff intends to rely upon the video during discovery, motion practice, hearings, and trial to corroborate Plaintiff's account of the incident.

7.      The content of the media file complies with the privacy protections outlined in the E-Government Act of 2002 and all other applicable law.

8.      Plaintiff will provide timestamp citations whenever the media exhibit is referenced in any filing and will file a separate written transcript of all audible portions of the video through CM/ECF.

9.      Plaintiff will limit the media file to the minimum size necessary, avoid duplicative media, use a format viewable by the Court without external software or plug-ins, and serve the media exhibit upon defense counsel in accordance with the applicable Federal and Local Rules.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order granting Plaintiff leave to file Exhibit 1 through the "Media File Upload" in CM/ECF.

Dated: August 5, 2026                    /s/Ivan L. Land
                                         Ivan L. Land (P65879)
                                         Law Offices of Ivan L. Land, P.C.

25900 Greenfield Rd., Suite 210
Oak Park, MI 48237-1267
248.968.4545 / (f) 248.968.4540
ill4law@aol.com
Attorney for PLAINTIFF

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 5, 2026, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

Dated: August 5, 2026

/s/ Ivan L. Land
Ivan L. Land (P65879)
LAW OFFICES OF IVAN L. LAND, P.C.
25900 Greenfield Rd., Suite 210
Oak Park, MI 48237-1267
248.968.4545 / (f) 248.968.4540
ill4law@aol.com
**Attorney for PLAINTIFF**

5