**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

TONIA O'NEIL,

Plaintiff,

vs.

CITY OF DETROIT,
A municipal corporation,

JEREMY NEWSON,
City of Detroit Police Officer,
Individually and in his Official Capacities,

JOHN DOE OFFICER,
City of Detroit Police Officer
Individually and in Official Capacities,

Defendants.

Case No. 2:26-cv-12351
Hon. Robert J. White

---

IVAN L. LAND, Sr.
Law Offices of Ivan L. Land, P.C.
*Attorney for Plaintiff*
25900 Greenfield Rd., Ste. 210
Oak Park, MI 48237
(248) 968-4545/(248) 968-4540 Fax
Ill4law@aol.com

SARAH V. DOMIN (P79128)
City of Detroit Law Department
Attorney for Defendant City
2 Woodward Avenue, Suite 500
Detroit, MI 48226
(313) 237-0535/(313) 224-5505 (F)
dominsa@detroitmi.gov

---

**DEFENDANT CITY OF DETROIT'S ANSWER TO COMPLAINT, RELIANCE ON JURY DEMAND, DEMAND FOR COMPULSORY JOINDER, AND NOTICE OF SPECIAL AND AFFIRMATIVE DEFENSES**

NOW COMES Defendant, City of Detroit, by and through its undersigned attorney, and for its answer to Plaintiff's Complaint, Reliance on Jury Demand, Demand for Compulsory Joinder, and Notice of Special and Affirmative Defenses

states as follows:

## JURISDICTION AND VENUE

1. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

2. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

3. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

4. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

## PARTIES

5. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

6. Defendant admits.

7. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and

neither admits nor denies but leaves Plaintiff to proof thereof.

8. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

9. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

## FACTUAL ALLEGATIONS

10. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

11. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

12. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

13. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

14. Defendant lacks knowledge or information sufficient to form a belief

about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

15. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

16. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

17. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

18. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

19. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

20. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

21. Defendant lacks knowledge or information sufficient to form a belief

about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

22. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

23. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

24. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

25. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

26. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

27. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

28. Defendant lacks knowledge or information sufficient to form a belief

about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

29. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

30. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

31. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

32. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

33. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

34. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

35. Defendant lacks knowledge or information sufficient to form a belief

about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

36. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

37. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

38. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

39. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

40. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

41. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

42. Defendant lacks knowledge or information sufficient to form a belief

about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

43. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

**COUNT I – EXCESSIVE FORCE**
**42 U.S.C. § 1983 (ALL DEFENDANTS)**

44. Defendant hereby adopts and incorporates by reference all answers to all preceding paragraphs.

45. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

46. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

47. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

48. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

49. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

50. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

**COUNT II – FALSE ARREST AND FALSE IMPRISONMENT**
**42 U.S.C. § 1983 (DEFENDANT DETROIT AND DEFENDANT NEWSON)**

51. Defendant hereby adopts and incorporates by reference all answers to all preceding paragraphs.

52. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

53. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

54. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

55. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and

neither admits nor denies but leaves Plaintiff to proof thereof.

56. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

57. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

58. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

**COUNT III – MALICIOUS PROSECUTION**
**42 U.S.C. § 1983 (DEFENDANT NEWSON)**

59. Defendant hereby adopts and incorporates by reference all answers to all preceding paragraphs.

60. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

61. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

62. Defendant lacks knowledge or information sufficient to form a belief

about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

63. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

64. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

65. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

## COUNT IV – FAILURE TO INTERVENE
## 42 U.S.C. § 1983 (DEFENDANT NEWSON)

66. Defendant hereby adopts and incorporates by reference all answers to all preceding paragraphs.

67. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

68. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

69. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

70. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

**COUNT V – DEFAMATION PER SE**
**(DEFENDANT NEWSON)**

71. Defendant hereby adopts and incorporates by reference all answers to all preceding paragraphs.

72. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

73. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

74. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

75. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and

neither admits nor denies but leaves Plaintiff to proof thereof.

76. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

77. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

78. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

79. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

80. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

81. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

82. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and

neither admits nor denies but leaves Plaintiff to proof thereof.

**COUNT VI – INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS (ALL DEFENDANTS)**

83. Defendant hereby adopts and incorporates by reference all answers to all preceding paragraphs.

84. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

85. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

86. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

87. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

**COUNT VII – *MONELL* LIABILITY AGAINST DEFENDANT DETROIT 42 U.S.C. § 1983 (DEFENDANT NEWSON)**

88. Defendant hereby adopts and incorporates by reference all answers to all preceding paragraphs.

89. Defendant denies as untrue.

90. Defendant denies as untrue.

91. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

92. Defendant denies as untrue.

93. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

94. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation contained in the corresponding paragraph, and neither admits nor denies but leaves Plaintiff to proof thereof.

**WHEREFORE**, Defendant respectfully requests that judgment of no cause of action be entered herein, or in the alternative, that the said cause be dismissed, with prejudice, and costs and attorney fees awarded to the Defendants.

Respectfully submitted,

/s/Sarah V. Domin
Sarah V. Domin (P79128)
City of Detroit Law Department
Attorneys for Defendant City of Detroit
2 Woodward Avenue, Suite 500
Detroit, MI 48226
313-237-0535/(313) 224-5505 (Fax)
dominsa@detroitmi.gov

Dated: September 22, 2026

**RELIANCE ON JURY DEMAND**

Defendant, City of Detroit, hereby relies upon the jury demand that was submitted by Plaintiff.

Respectfully submitted,

/s/Sarah V. Domin
Sarah V. Domin (P79128)
City of Detroit Law Department
Attorneys for Defendant City of Detroit
2 Woodward Avenue, Suite 500
Detroit, MI 48226
313-237-0535/(313) 224-5505 (Fax)
dominsa@detroitmi.gov

Dated: September 22, 2026

**DEMAND FOR COMPULSORY JOINDER OF ALL CLAIMS**

**NOW COMES** the defendant, **CITY OF DETROIT,** and demands that Plaintiff join any and all claims arising out of the same transaction, acts and occurrences.

Respectfully submitted,

/s/Sarah V. Domin
Sarah V. Domin (P79128)
City of Detroit Law Department
Attorneys for Defendant City of Detroit
2 Woodward Avenue, Suite 500
Detroit, MI 48226
313-237-0535/(313) 224-5505 (Fax)
dominsa@detroitmi.gov

Dated: September 22, 2026

## NOTICE OF SPECIAL AND AFFIRMATIVE DEFENSES

1. Plaintiff has failed to state a claim upon which relief can be granted.
2. Plaintiff has failed to plead sufficient, specific factual allegations to support a claim or impose liability on defendant.
3. Plaintiff's claim is or may be barred by the applicable statute of limitations.
4. Plaintiff has failed to mitigate damages.
5. AND FURTHER, that this claim is barred for failure to exhaust statutory, administrative and other available remedies.
6. Plaintiff has failed to join every legal or equitable claim which arises out of the transaction or occurrence which is the subject matter of the instant action.
7. That any injury to Plaintiff was due to and caused by the negligence and/or omission of the Plaintiff to care for himself which carelessness and/or negligence and/or omissions were the proximate cause of the damage, if any, to the Plaintiff.
8. That any injury or damage suffered by Plaintiff was caused by reason of Plaintiff's wrongful acts and wrongful conduct and/or the willful resistance to a peace officer in the discharge, and/or attempt to discharge the duty of his office and not by reason or any unlawful acts or omission of these defendants.
9. AND FURTHER, that if Plaintiff sustained any injury, damage, or loss, the same was solely and proximately occasioned by the carelessness, heedlessness and negligence of Plaintiff in failing to act in a reasonable,

prudent manner, acting without due care and circumspection and in a manner dangerous to or likely to endanger Plaintiffs' own safety, and not because of any act or omission of or chargeable to the Defendant herein.

10. That, pursuant to the public duty doctrine, Defendant did not owe any duty to Plaintiff.

11. The actions of the Defendant and its employees were in all respects reasonable, proper, and legal.

12. That the individual Defendants are entitled to qualified immunity as to all or some of Plaintiff's claims.

13. The actions of the Defendant were lawful and proper and that just and probable cause existed for their actions.

14. Defendant did not use the legal process for any unlawful, extra-legal, or otherwise improper purpose.

15. Defendant did not abuse the properly issued legal process in this matter.

16. Plaintiff has failed to provide any factual support for his claim of municipal liability on the part of the defendant.

17. Defendant, City of Detroit, is governmentally immune from tort liability on all of Plaintiff's state law tort claims pursuant to MCLA 691.1401 et seq. for the following reasons;

    i. That the defendant is a governmental agency;
    ii. That the defendant is entitled to immunity from tort liability when engaged in the

exercise or discharge of a governmental function;

iii. That the allegation so contained in Plaintiff's Complaint involve activities which are governmental functions, for the reason that they are expressly or impliedly mandated or authorized by constitution, statute, ordinance or other law;

iv. That the allegations contained in Plaintiff's Complaint do not fall within any statutory or common law exception to Defendant's governmental immunity.

## RESERVATION OF ADDITIONAL DEFENSES

Defendant in the above captioned matter, by and through counsel, reserves the right to assert and file any affirmative and special defense which may become known by discovery proceedings in accordance with the rules and practices of this Court. Further, Defendants do not waive any deficiency or omission in any pleadings filed by any other party to this suit regardless of when filed.

Respectfully submitted,

/s/ *Sarah V. Domin*
**SARAH V. DOMIN (P79128)**
Senior Assistant Corporation Counsel
Coleman A. Young Municipal Center
2 Woodward Avenue, Suite 500
Detroit, MI 48226
(313) 237-0535
dominsa@detroitmi.gov

DATED: September 22, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2026, I electronically filed the foregoing paper with the Clerk of the Court and served it upon all counsel of record using the Court's CM/ECF system.

Dated: September 22, 2026

/s/Sarah V. Domin
Sarah V. Domin