[redacted]

AO 440 (Rev. 06/12) Summons in a Civil Action

## PROOF OF SERVICE

*(This section should not be filed with the Court unless required by Fed. R. Civ. P. 4(l))*

Case No. 2:26–cv–12351–RJW–KGA

This summons for *(name of individual and title, if any)* Jeremy Newson

was received by me on *(date)* 10-9-2026

[X] I personally served the summons on the individual at *(place)* 2 Woodward Ave, Suite 500 Detroit, MI 48226 on *(date)* 10-9-2026 ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* ______________ a person of suitable age and discretion who resides there, on *(date)* ______________ , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* ______________ , who is designated by law to accept service of process on behalf of *(name of organization)* ______________ on (date) ______________ ; or

[ ] I returned the summons unexecuted because ______________ ; or

[ ] Other: *(specify)*: ______________

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________.

I declare under the penalty of perjury that this information is true.

Date: 10/9/26

Vanessa Ortega
*Server's Signature*

Vanessa Ortega
*Printed Name and Title*

25900 Greenfield Rd, Ste 210
Oak Park, MI 48237
*Server's address*

Additional information regarding attempted service, etc.: